UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO.: |
| : | |
| : | VIOLATION: |
| v. : | 18 U.S.C. § 1343 |
| : | (Wire Fraud) |
| MARC ENGLAND, : | |
| : | FORFEITURE: |
| Defendant. : | 18 U.S.C. § 981(a)(1)(C); |
| : | 28 U.S.C. § 2461; |
| : | 21 U.S.C. § 853(p) |

## INFORMATION

The United States of America charges that:

### COUNT ONE
(Wire Fraud)

From in or about August 2008 through in or about April 2012, within the District of Columbia and elsewhere, the defendant, **MARC ENGLAND**, devised and executed a scheme to defraud Company A, and to obtain money and property of Company A, by means of false and fraudulent pretenses, representations, and promises, as a part of which the defendant, **MARC ENGLAND**, transmitted or caused to be transmitted by means of wire communications in interstate commerce writings, signs, and signals for the purpose of executing such scheme.

It was part of the scheme and artifice to defraud that the defendant, **MARC ENGLAND**, caused a total amount of $961,404.87 in money belonging to Company A to be transmitted in interstate commerce by means of wire communications from Company A's bank account to accounts held by the defendant, **MARC ENGLAND**, without Company A's knowledge or consent. For example, it was part of the scheme and artifice to defraud that on or about April 25, 2012, the defendant, **MARC ENGLAND**, caused $6,120.00 in money belonging to Company A

to be transmitted by means of wire communications in interstate commerce from Company A's bank account to a credit card account held by the defendant, **MARC ENGLAND**, without Company A's knowledge or consent.

**(Wire Fraud, in violation of Title 18, United States Code, Section 1343)**

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will seek a forfeiture money judgment against the defendant in the amount of $652,641.66.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853(p))

                Respectfully submitted,

                RONALD C. MACHEN JR.
                United States Attorney
                D.C. Bar No. 498610

By:    _____
                RICHARD E. DiZINNO
                Assistant United States Attorney
                D.C. Bar No. 497284
                555 4th Street, N.W., Room 9415
                Washington, D.C. 20530
                (202) 252-6884